STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: sforman@tharpe-howell.com
E-Mail: drivera@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON LUNA<br><br>          Plaintiff,<br><br>v.<br><br>LOWE'S; LOWE'S COMPANIES, INC., *dba* LOWE'S; LOWE'S HOME CENTERS, LLC; and DOES 1 to 100, inclusive,<br><br>          Defendants. | Case No.:<br>[*Solano County Superior Court Case No.: FCS056547*]<br><br>**DEFENDANT LOWE'S HOME CENTERS, LLC'S DEMAND FOR TRIAL BY JURY**<br><br>Complaint Filed:  May 19, 2021 |

      Defendant LOWE'S HOME CENTERS, LLC demands a trial by jury in this action.

Dated:  October 1, 2021                                    THARPE & HOWELL, LLP


                                                                          By:  */s/ Stephanie Forman*
                                                                                  STEPHANIE FORMAN
                                                                                  DIANA M. RIVERA
                                                                                  Attorneys for Defendant,
                                                                                  LOWE'S HOME CENTERS, LLC

- 1 -

**DEFENDANT LOWE'S HOME CENTERS, LLC'S DEMAND FOR
TRIAL BY JURY**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

   **DEFENDANT LOWE'S HOME CENTERS, LLC'S DEMAND FOR TRIAL BY JURY**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| Daniel D. Geoulla, Esq.<br>B & D LAW GROUP, APLC<br>10700 Santa Monica Blvd., Suite 200<br>Los Angeles, CA 90025<br>Tel: 310-424-5252<br>Fax: 310-492-5855<br>Email: daniel@bdinjurylawgroup.com<br><br>cc: teamlit1@bdinjurylawgroup.com | Attorneys for Plaintiff, RAMON LUNA |
|---|---|

5. a. **X** **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed during the Coronavirus (Covid-19) pandemic and pursuant to Fed.R.Civ.P.Rule 5., this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mails. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 10/1/2021 | Bertha Muñoz | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32317\Pleadings\FEDERAL\Demand for Jury Trial.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221