STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail:  sforman@tharpe-howell.com
E-Mail:  drivera@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON LUNA<br><br>                    Plaintiff,<br><br>v.<br><br>LOWE'S; LOWE'S COMPANIES, INC., *dba* LOWE'S; LOWE'S HOME CENTERS, LLC; and DOES 1 to 100, inclusive,<br><br>                    Defendants. | Case No.: 2:21-cv-01822-JAM-KJN<br>[*Solano County Superior Court Case No.: FCS056547*]<br><br>**ORDER- STIPULATION TO DISMISS DEFENDANTS LOWE'S AND LOWE'S COMPANIES, INC., dba LOWE'S**<br><br>*[Assigned to John A. Mendez, District Judge]*<br><br>Complaint Filed:  May 19, 2021 |

Based on the parties' stipulation and good cause appearing, Defendants LOWE'S and LOWE'S COMPANIES, INC. dba LOWE'S are hereby dismissed from Plaintiff's Complaint without prejudice in exchange for a waiver of costs from Plaintiff.

DATED:  February 22, 2022                   /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

- 1 -
**ORDER - STIPULATION TO DISMISS**