STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: sforman@tharpe-howell.com
E-Mail: drivera@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON LUNA<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S; LOWE'S COMPANIES, INC., *dba* LOWE'S; LOWE'S HOME CENTERS, LLC; and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01822-JAM-KJN<br>[*Solano County Superior Court Case No.: FCS056547*]<br><br>[*Assigned to John A. Mendez, District Judge*]<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES**<br><br>Trial Date:　　　April 10, 2023<br>Pre-Trial Conf.:　February 24, 2023<br>Complaint Filed: May 19, 2021 |

**ORDER**

Based on the Stipulation of the parties and good cause having been shown, it is the ORDER of this court that:

1.　　The Expert Witness Disclosure deadline is continued from July 29, 2022 to September 30, 2022.

2.　　The Supplemental/Rebuttal Expert Disclosure deadline is continued from August 26, 2022 to October 28, 2022.

3.　　The Non-Expert and Expert Discovery deadline is continued from September 23, 2022 to November 18, 2022.

///

- 1 -
**ORDER ON JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES**

4.      No other dates or deadlines are continued. Trial remains set for April 10, 2023.

**IT IS SO ORDERED.**

DATED: July 26, 2022          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

- 2 -
**ORDER ON JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES**