1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON LUNA, | CASE NO. 2:21-cv-01822-JAM-KJN |
| Plaintiff, | **ORDER RE JOINT STIPULATION TO CONTINUE TRIAL AND DEADLINES** |
| vs. | |
| LOWE'S HOME CENTERS, LLC, et al. | |
| Defendants. | |

1

**ORDER RE JOINT STIPULATION TO CONTINUE TRIAL AND DEADLINES**

**ORDER**

Based on the Stipulation of the parties and good cause having been shown, it is the ORDER of this Court that:

1. The current Discovery Cutoff Disclosure deadline is continued from November 18, 2022, to December 16, 2022.

2. The Supplemental Disclosure deadline is continued from October 28, 2022, to November 18, 2022.

3. The Dispositive Motion Filing deadline is continued from November 4, 2022, to February 17, 2023.

4. The Dispositive Motion Hearing Deadline is continued to April 25, 2023, at 1:30 pm.

5. The Joint Mid-Litigation Statement Filing Deadline is set fourteen (14) days prior to the close of discovery.

6. The Final Pretrial Conference is set on June 2, 2023, at 10:00 am.

7. The Trial is continued from April 10, 2023, to August 14, 2023, at 9:00 am.

8. All parties have agreed not to continue the initial expert disclosure deadline.

9. No other dates or deadlines will be continued.

**IT IS SO ORDERED**

DATED: October 27, 2022     /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE